HOWARD K. ALLON, Respondent, *v.* PARK CENTRAL HOTEL Co., INC., Defendant, and LAWRENCE B. SIMON, Appellant.

(Argued October 21, 1936; decided November 24, 1936.)

*Everett W. Bovard* and *Leo F. Potts* for appellant.

*Jesse Climenko, Abraham Engleman* and *George Lefkin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, CROUCH, LOUGHRAN and FINCH, JJ. Dissenting: CRANE, Ch. J., and HUBBS, J.